Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
Tel: 818-907-2030
stuart@pricelawgroup.com
Attorneys for Plaintiff
Rhonery Mangahas

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONERY MANGAHAS,<br><br>    Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>    Defendant. | Case No.: 2:16-cv-08633-FMO-PJW<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Rhonery Mangahas and Defendant Synchrony Bank. ("Synchrony"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

///

///

///

///

DATED this 15th day of February, 2017

**PRICE LAW GROUP, APC**

By: /s/ Stuart Price
Stuart Price, Esq.
stuart@pricelawgroup.com
Attorneys for Plaintiff
Rhonery Mangahas

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter.

Zachary C. Frampton
ZFrampton@ReedSmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000

Attorneys for Defendant
Synchrony Bank

/s/ Sandra Padilla